# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| PHH MORTGAGE CORPORATION,<br>*Plaintiff*<br>v.<br><br>MARCUS STEWART, ANGELA GOODMAN, and CARRIE STEWART AS THE LEGAL GUARDIAN FOR MINOR CHILDREN L.S., J.S., and Z.S.,<br>*Defendants* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL NO. 1:20-CV-00790-LY-SH |

## ORDER

On May 11, 2022, the Court ordered the escrow agent to deliver the proceeds of the sale described in Receiver's Report of Sale (Dkt. 46) to the Clerk of this Court for deposit into an interest-bearing account until further order of the Court. Dkt. 49. The sale proceeds have been delivered to the Clerk.

It is therefore **ORDERED** that the Clerk, United States District Court, shall receive and deposit into the Court's registry a check in the amount of $109,151.53, which represents the sale proceeds.

**IT IS FURTHER ORDERED** that the Clerk, United States District Court, as soon as the business of the office allows, shall deposit these monies into the Court Registry Investment System's Disputed Ownership Fund (DOF) on behalf of the heirs of Decedent Gwendlin Stewart, where they shall remain invested until further order of the Court.

**SIGNED** on June 14, 2022.

                                                                                          _____
                                                                                          SUSAN HIGHTOWER
                                                                                          UNITED STATES MAGISTRATE JUDGE

1