UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE $109,151.53 | § § § § § § | CIVIL NO. 1:20-CV-00790-LY-SH |

**ORDER**

On June 17, 20022, the undersigned Magistrate Judge issued an Amended Order appointing Wendi Lester Efflandt as attorney ad litem to represent the interests of all of Decedent Gwendlin Stewart's potential heirs with respect to the proceeds of a property located at 205 Lidell Street, Hutto, TX 78634 (the "Proceeds"). Dkt. 55.[1] The Court further ordered Ms. Efflandt to:

1. Register as an electronic filing user within 10 days of the date of the Order, that is, by June 27, 2022; and

2. File a report with the Court detailing her activities on behalf of the Decedent's heirs on or before October 14, 2022.

Ms. Efflandt has neither registered as a filing user nor filed a report with the Court. Accordingly, **IT IS ORDERED** that Ms. Efflandt shall file a report with the Court detailing her activities on behalf of the Decedent's heirs and register as a filing user **ON OR BEFORE NOVEMBER 14, 2022**.

The Clerk is directed to email a copy of this Order to Attorney Ad Litem Wendi Lester Efflandt at wendi@heritagelawtx.com.

**SIGNED** on October 31, 2022.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE

---

[1] The Proceeds remain invested in the Court Registry Investment System's Disputed Ownership Fund (DOF) on behalf of the heirs of the Decedent. Dkt. 52.